

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00387-CV

BUEFORD JAMES FRIEMEL D/B/A AFTER HOURS MECHANICS, APPELLANT

V.

HUBBLE TIRE, LLC, APPELLEE

On Appeal from the County Court at Law No. 2
Randall County, Texas
Trial Court No. 82616-L2, Honorable Matthew C. Martindale, Presiding

December 1, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Bueford James Friemel d/b/a After Hours Mechanics, proceeding pro se, filed a notice of appeal without paying the requisite filing fee. By letter dated October 25, 2023, the Clerk of this Court notified Friemel that the filing fee was overdue. So too was he admonished that unless he paid the fee or was otherwise excused from paying court costs under Rule of Appellate Procedure 20.1, the appeal would be dismissed. The deadline to do either was November 6, 2023. To date, he did neither.

Because Friemel failed to comply with both a requirement of the appellate rules and the directive from the court requiring action within a specified time, we dismiss the appeal.  *See* TEX. R. APP. P. 25.1(b), 42.3(c).


Per Curiam